**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| NASR ALI, | |
| Appellants, | |
| v. | Case No. 26-cv-3821 |
| GUS PALOIAN, *et al.*, | Hon. Sunil R. Harjani |
| Appellees. | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 1, 2026 order (Dkt.15), the Trustee, Nasr Ali, Calumet Fuel, Inc., and Petroleum Investment Properties, LLC (the "Appeal Parties") submit this joint status report. The status of proceedings is as follows:

1.      On May 13, 2026, the parties met for mediation with the Honorable Michael B. Slade. As a result of that mediation, the Appeal Parties and two other defendants in Adversary Case No. 26-168 (Ahmad Zahdan and Calumet Park Mobil, LLC) have reached a settlement of all claims between them. The settlement will not affect the claims against Sawsan Homsi, Badr Ali, AJ 119th, Inc., and Ajomon Joy, which will proceed in the Bankruptcy Court.

2.      The settlement will also resolve Adversary Case No. 25-170, also pending in the same bankruptcy case before the Honorable Jacqueline Cox.

3.      The Trustee filed a motion for approval of the settlement under Federal Rule of Bankruptcy Procedure 9019 today. The Trustee expects that the motion will be granted by July 14, 2026.

4.      The Appeal Parties request that this matter be continued to a date after July 14, 2026, with the anticipation that it will be dismissed at that time. The Appeal Parties will notify the Court if and when Judge Cox approves the settlement.

1

Dated: June 12, 2026

GUS A. PALOIAN, in his capacity as the Chapter 7 Trustee of the Debtor's Estate

By: _____ /s/ *Steven C. Moeller* _____
            Steven C. Moeller

Jonathan M. Cyrluk
Steven C. Moeller
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2880
Chicago, Illinois 60601
312-777-4300 (tel)
312-777-4839 (fax)
cyrluk@carpenterlipps.com
moeller@carpenterlipps.com

Dated: June 12, 2026

NASR ALI, CALUMET FUEL, INC., and PETROLEUM INVESTMENT PROPER-TIES, LLC

By: _____ /s/ *Kurt M. Carlson* _____
            Kurt M. Carlson

Kurt M. Carlson
CARLSON DASH, LLC
216 S. Jefferson St., Suite 303
Chicago, IL 60661
312-382-1600
kcarlson@carlsondash.com

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 12, 2026, he caused a true and correct copy of to be served via the Court's CM/ECF electronic noticing system upon all registered participants in this proceeding.

/s/ Steven C. Moeller

Steven C. Moeller
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2880
Chicago, Illinois 60601
312-777-486 (tel)
312-777-4839 (fax)
moeller@carpenterlipps.com

*Special counsel to Chapter 7 Trustee Gus A. Paloian*

3